JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY FIGEL, <br><br> Plaintiff, <br><br> vs. <br><br> LOS ANGELES UNIFIED SCHOOL DISTRICT, a public school district; LORRAINE MACHADO, an individual; STEPHEN FOSTER, an individual; BARBARA LEDBETTER, an individual; and DOES 1 through 100, inclusive <br><br> Defendants. | Case No. CV 15-01674 DDP (FFMx) <br><br> ORDER RE DISMISSAL OF PLAINTIFF'S CAUSE OF ACTION FOR CIVIL RIGHTS VIOLATION UNDER 42 U.S.C. SEC. 1983 <br><br> AND <br><br> ORDER OF REMAND |

**ORDER**

Pursuant to the stipulation of the parties, Plaintiff's cause of action against individual Defendants LORRAINE MACHADO, STPEHEN FOSTER, and BARBARA JACOBS (erroneously sued as Barbara Ledbetter) for violation of 42 U.S.C. Sec. 1983 shall be dismissed with prejudice from the instant action.

As a result of the dismissal with prejudice of Plaintiff's cause of action against individual Defendants LORRAINE MACHADO, STPEHEN FOSTER, and BARBARA JACOBS (erroneously sued as Barbara Ledbetter) for violation of 42 U.S.C. Sec. 1983, there is no longer federal question jurisdiction. As such, this case shall be **remanded** to the Los Angeles County Superior Court of the State of California.

IT IS SO ORDERED.

Dated: March 26, 2015

UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE DISMISSAL OF PLAINTIFF'S CAUSE OF ACTION FOR CIVIL RIGHTS VIOLATION UNDER 42 U.S.C. SEC. 1983